In the name of the Father, and of the Son, and of the Holy Spirit. Amen. Please come to the podium. Good morning, sir. Good morning, Your Honor. I want you to pick one of those microphones you like and talk into that. Good morning. Good morning. And introduce yourself. Yes, sir. My name is Janie Burns, and I'm here on special appearance for ProPARE. Please proceed. Okay. Today I ask the Court to reverse the dismissal of Sandra Clines on March 23, 2017, in Department 1575 on case number, the bankruptcy case number is 216BK19334SK. And the adversary case was 216AP01448SK. I ask the Court to vacate the dismissal of the three matters for the 341, the 341, I missed the 341 meeting. Okay. And the non-scheduling in the Court, and also the dismissal of the adversary. Okay. On the grounds of excusable neglect, I was not able to get a fair and partial hearing based on negligence of investigation and the fearless tactics. And everything is a technical difficulty in not ever dealing with the facts of the case. I have never once been before a judge and dealt with the subject matter of the case. The case I've always met without observing the merits of the case and showing impartial and bias. I've been dealing with this case for over three years, and never once have we addressed the issue of the validation of federal national mortgage lien. And the 341 meeting that was missed, it was really no need for the 341 because the funds were approved to pay whatever lien that was claimed to have been placed on the property. The, okay, even though the statute of limitation had passed, I still got approved for the funds, and it was waiting for them to validate it just to show that this loan was legitimate. And for us, the non-scheduling, it was definitely confusing. With federal national mortgage representatives constantly at the premises, and I did get copies of their previous behavior right now. I made three copies. They have a quiet title hearing, and I was trying to get the adversary in during the bankruptcy so that the courts could have us there and validate their loan and just end this. I feel like I've been to Egypt and back, like the book of, when the people were trying to get out of Egypt to the promised land. It's going all around and everywhere, and it's real simple just to validate the lien and receive the funds that was available. And may I give you guys this first interview? If it's already in the record, we already have it. No, you don't. This is what they've been doing since. I've been trying to, this is what federal national mortgages did last week and yesterday, and they've been doing it. And the judge, I tried to get, to recuse the 170, asked the judge not to proceed with the eviction where we still don't have a clear title. We have a title hearing on today, actually. I'm going to ask you not to do that for a couple reasons. One is I don't know really what you have in your hand, and typically before you can use something at this point, we'd have to look at it first and make sure that it was in the record or appropriately part of an illustrative for your oral argument. So you can talk to us and tell us about it. All right, sir. I would just like to, if the courts would allow me to explain what just happened. Please go ahead. I received a ex parte for a writ. I also had a court hearing I was given a few months ago for a quiet title. But in the process of waiting to go to court for the quiet title, an ex parte eviction was served a couple of months ago. The same one that was served in violation of Judge Nancy Newman and the BK was in effect. The stay on the bankruptcy and the stay from Judge Nancy Newman in Santa Monica Court when the representatives of Federal National Mortgage proceeded self-help eviction and threw everything out and tried to do the lockout on 8-4. We had the hearing on 8-1, and we had until 8-8 for them to check and get the BK dismissed. But instead of getting the BK dismissed, they came and tried to throw everybody out of the appointment. But the watch commander came and looked at the documents and said that because of the documents, that we should be able to stay on the property until Pike Duncan cleared the matter with the trial court. However, once the adversary was dismissed, the cause of action here is it will cause irreparable harm because I have a husband that has. Anyway, he's already been thrown out. When I came back to the house the other day, everything was sitting on the street. My husband has heart trouble, high blood pressure, diabetes, kidney, everything that's going on. And my daughter was laying there, and they broke the windows out and took the house, and she's bipolar, schizophrenic. All the documents are there, and this is abuse of discretion to me. Like, I really feel that, I mean, I know I need to be quoting case law, but these are facts of the case that I'm trying to deliver to you guys. And it's abuse of discretion the way I believe that this case is being handled. And there's no standing for me to even be here with Federal National Mortgage. They do not have a clear title. They only have an assignment from Bank of America, and they claim they have a lien. And once they validate the lien, they could be paid or whatever. So I don't understand why this is taking so long to get those facts before the courts and get the matter settled. And I pretty much say that's... Do you guys have any questions? Do you have any questions, Frank? I understand your position. We've read your brief. We've read the brief from the other side, and we've heard you today, and we'll decide this case based upon the merits. Thank you, sir. That's all I have to say because I saw this happening. Thank you very much. Thanks a lot. Thank you very much, sir. Please call the next case.
judges: Kurtz, Faris and Lafferty